STEVEN W. MYHRE
Acting United States Attorney
PATRICK BURNS
Assistant United States Attorney
Nevada State Bar #: 11779
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388- 6418
John.P.Burns@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>(#16) LORENZO RAMON SALA MOURA,<br>  a/k/a "Lorenzo Mour,"<br>  a/k/a Lorenzo Ramon Moura Sala Mala Vila<br>     Defendant. | CASE NO: 2:17-cr-00001-JAD-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING** |

It is hereby stipulated and agreed, by and between Steven W. Myhre, Acting United States Attorney, through Patrick Burns, Assistant United States Attorney, and Ronald Manto, Esq., counsel for Defendant Lorenzo Ramon Salal Moura, that the sentencing hearing date in the above-captioned matter, previously scheduled for December 4, 2017, at 9:00 a.m., be vacated and continued until a time convenient to the Court, preferably in the latter part of May 2018 or early June 2018.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant Sala Moura and the Government require additional time to prepare for sentencing in this matter.

2. Defendant Sala Moura is in custody and does not oppose this request.

3. The Government does not oppose this request.

4. This is the fourth request for a continuance filed in this matter.

5. This request is made in good faith and not for purposes of delay.

Dated this 1st day of December, 2017

                                                  STEVEN W. MYHRE
                                                  Acting United States Attorney

     /s/                                       /s/
By: _____        By:_____
    RONALD MANTO, Esq.,               PATRICK BURNS
    Counsel for Defendant SALA MOURA    Assistant United States Attorney

     /s/
By: _____
    JOSH TOMSHECK, Esq.
    Counsel for Defendant SALA MOURA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

(#16) LORENZO RAMON SALA MOURA,
  a/k/a "Lorenzo Mour,"
  a/k/a Lorenzo Ramon Moura Sala Mala Vila

                Defendant.

CASE NO: 2:17-cr-00001-JAD-CWH

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for Defendant Sala Moura and the Government require additional time to prepare for sentencing in this matter, including researching and investigating issues important to the anticipated sentencing outcome.

2. Defendant Sala Moura is in custody and does not oppose this request.

3. The Government does not oppose this request.

4. This is the fourth request for a continuance filed in this matter.

/ / /

/ / /

/ / /

/ / /

# ORDER

IT IS FURTHER ORDERED that the sentencing in *United States v. Lorenzo Ramon Sala Moura*, 2:17-CR-00001-JAD-CWH, previously scheduled for December 4, 2017 at 9:00 a.m. is vacated and continued until June 4, 2018 at 9:00 a.m.

DATED this 1st day of December, 2017.

By: _____
Judge Jennifer A. Dorsey
United States District Court Judge

## Certificate of Service

I, Patrick Burns, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: STIPULATION TO CONTINUE SENTENCING, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said document.

Dated: December 1, 2017

/s/ Patrick Burns
PATRICK BURNS
Assistant United States Attorney
District of Nevada